In the Matter of MARION HUGGINS, Respondent, v. BENJAMIN HUGGINS, Appellant.

Beldock, P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.

In the Matter of ELEANOR LAZARUS, Appellant, v. JAMES FLOURNOY et al., Respondents.

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.